Clara Louise Uebele, appellee, v. George D. Uebele, Jr., appellant. Gen. No. 30,334.

Bill for separate maintenance. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush,

Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Perley H. Bishop, for appellant. George A. Trude and David W. Kahane, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.